ACCEPTED
12-14-00175-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/20/2015 8:53:13 AM
CATHY LUSK
CLERK

# Shari Moore

## Attorney at Law

107 E. Tyler St.
Athens, Texas 75751
(903) 675-8005
(903) 675-8006 fax

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/20/2015 8:53:13 AM

CATHY S. LUSK
Clerk

February 20, 2015


Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 W. Front St., Suite 354
Tyler, Texas 75702


Re:  Francis Jonathan Wood v.

The State of Texas,

Case No. 12-14-00175CR

Trial Court Case No. A-18, 143

Dear Ms. Lusk:

This letter serves as my certification that on February 2, 2015 I sent the above-referenced appellant a letter complying with Tex. R. App. 48.4. Attached is a copy of the certified mail receipt as well as the return "green" card showing receipt of said letter.


Respectfully,

Shari Moore

SDM:sme

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _J. Johnson_

☐ Agent
☐ Addressee

B. Received by (Printed Name)　　C. Date of Delivery

1. Article Addressed to:

Francis Jonathan Wood
TDC # 1929117
Hutchins State Jail
1500 E. Langdon Road
Dallas, TX 75241

D. Is delivery address different from item 1?　☐ Yes
   If YES, enter delivery address below:　☐ No

3. Service Type

☒ Certified Mail®　　☐ Priority Mail Express™
☐ Registered　　　☐ Return Receipt for Merchandise
☐ Insured Mail　　☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)　　☐ Yes

2. Article Number
(Transfer　7014 2120 0003 2300 0670

PS Form 3811, July 2013　　Domestic Return Receipt

UNITED STATES POSTAL SERVICE
N. TEXAS
DALLAS 750
04 FEB '15
PM 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

Shari Moore
107 E Tyler St.
Athens, TX 75751

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

DALLAS, TX 75241

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.19 | 0751 |
| Certified Fee | $3.30 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $7.19 | |

Sent To　Francis Wood　02/02/2015
Street & Apt. No., or PO Box No.　1500 E Langdon Rd
City, State, ZIP+4　Dallas, TX 75241

PS Form 3800, July 2014　　See Reverse for Instructions